# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DND FASHION, INC. a California Corporation; GEORGE YANG, an individual; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:15-cv-00739-JAK (JPRx)<br><br>**ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY ACTION OF DISMISSAL WITH PREJUDICE**<br><br>**JS-6** |

**WHEREAS, Plaintiff Deckers Outdoor Corporation** ("Deckers") having filed a Complaint in this action charging **Defendants DND Fashion, Inc.** and **George Yang** ("Defendants") with the infringement of Deckers' Bailey Button Boot Trade Dress and U.S. Patent No. D599,999 ("'999 Patent") . On September 21, 2015, Deckers filed a motion requesting leave to amend its initial complaint, to add a claim for infringement of U.S. Trademark Reg. No. 3,624,595 for footwear ("UGG® Sun Mark") against Defendants. The "Accused Products" are identified by the Style Name "WENDY-10" (hereinafter "Accused Products");

**WHEREAS**, Deckers owns the United States trademark registration U.S. Reg. No. 3,624,595 for footwear (hereafter "UGG® Sun Mark") (shown below);

**WHEREAS**, the parties hereto desiring to fully settle all of the claims in this action among the parties to this Final Consent Judgment; and

**WHEREAS**, the parties herein have simultaneously entered into a Confidential Settlement Agreement and Mutual Release,

**WHEREAS,** Defendants have agreed to the below terms of a consent judgment, **IT IS HEREBY ORDERED** that:

1. This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2. Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Final Consent Judgment are hereby permanently restrained and enjoined from manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing and/or incorporating in advertising or marketing the Accused Products and/or products which infringe upon the UGG® Sun Mark.

3. Plaintiff and Defendants shall bear their own costs and attorneys' fees associated with this action.

4. The execution of this Final Consent Judgment shall serve to bind and obligate the parties hereto. However, dismissal with prejudice of this action shall not have preclusive effect on those who are not a party to this action or who are not specifically released in the parties' written settlement agreement, all claims against whom Plaintiff expressly reserves.

5. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Consent Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice.

Dated: March 3, 2016   By: _____
Hon. John A. Kronstadt
**United States District Judge**